# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILLIP FIGURES,<br><br>    Defendant. | 8:12CR14<br><br>ORDER |

  Defendant Phillip Figures appeared before the court on August 23, 2018 on an Amended Petition for Offender Under Supervision [121]. The court will dismiss the Petition for Offender Under Supervision [109] pursuant to the government's oral motion and proceed with the Amended Petition [121]. The defendant was represented by CJA panel attorney Brian S. Munnelly, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior.

  Through his counsel, the defendant waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(b)(1). I find that the Petition alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

  The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

**IT IS FURTHER ORDERED:**

  1. The Petition for Offender Under Supervision [109] is dismissed on the oral motion of the government.

  2. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 4, 2018 at 10:30 a.m. The defendant must be present in person.

  3. The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

  4. The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District

of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

Dated this 24th day of August, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge